McGREGOR W. SCOTT
United States Attorney
LAURA D. WITHERS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America



SEALED
FILED
DEC 07 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| In the Matter of the Search of: | CASE NO. 1:18-SW-00329-EPG |
|---|---|
| Pink and white iPhone, Model #A1784 and telephone number (559) 723-1605 | [PROPOSED] ORDER GRANTING SECOND APPLICATION TO EXTEND RETENTION OF SEIZED ELECTRONIC DEVICES PURSUANT TO SEARCH WARRANTS |

The United States of America, having applied to this Court for an order permitting it to retain one cellular telephone seized pursuant to search warrants issued on August 13, 2018, for sixty (60) additional days from the deadlines set forth in the Court's first granted extension on October 5, 2018, and good cause appearing thereof,

IT IS ORDERED that the government may retain the cellular telephone seized pursuant to search warrants authorized by this Court on August 13, 2018 in the above-entitled proceedings, until on or before February 10, 2019, absent further order of the Court.

All other deadlines set forth in the search warrants issued in the above-entitled proceedings shall remain in full force and effect pending further order of the Court.

DATED: 12/6/18

_____
Honorable Erica P. Grosjean
U.S. MAGISTRATE JUDGE

ORDER RE: APPLICATION TO EXTEND SEIZURE

1